Young Foundation Corporation, Respondent, v. A. E. Ottaviano, Inc., Appellant, et al., Defendants.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.